1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ALTON DEAN,                                No C-09-1522 VRW (PR)

12                    Plaintiff,

13            v                                 ORDER OF TRANSFER

14   CORRECTIONAL OFFICER CAVAGNARO,
     et al,

15

16                    Defendant(s).

17   _____/

18         Plaintiff, a prisoner currently incarcerated in the

19   Sacramento County Jail, has filed a pro se civil rights complaint

20   under 42 USC section 1983 against certain correctional officers at

21   the California Substance Abuse Treatment Facility and State Prison

22   in Corcoran, California.

23         A substantial part of the events or omissions giving rise

24   to the claim(s) occurred, and the defendants named reside, in the

25   County of Kings, which lies within the venue of the Eastern District

26   of California.  See 28 USC § 84(b).  Venue therefore properly lies

27   in the Eastern District.  See id § 1391(b).

28         In the interest of justice and pursuant to 28 USC section

**United States District Court**
For the Northern District of California

1   1406(a) IT IS ORDERED that this action be TRANSFERRED to the United

2   States District Court for the Eastern District of California.

3        The clerk shall transfer this matter and terminate all

4   pending motions as moot.

5

6

7        IT IS SO ORDERED.

8

9                               _____

                               VAUGHN R WALKER

10                             United States District Chief Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   G:\PRO-SE\VRW\CR.09\Dean-09-1522-order of transfer.wpd

28